IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR286 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEJANDRO MERCADO-GARCIA, | ) | ORDER |
| JACINTO NORIEGA-ULOA and | ) | |
| FRANCISCO CARRILLO-NORIEGA | ) | |
| | | |
| Defendant. | | |

This matter is before the court on Defendant Carrillo-Noriega's unopposed Motion to Continue Trial Date [34]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that on Defendant Carrillo-Noriega's unopposed Motion to Continue Trial Date [34] is granted, as follows:

1. The jury trial, **as to all defendants**, now set for December 14, 2019, is continued to **February 25, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 25, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** December 3, 2019.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**