IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEJANDRO MERCADO-GARCIA,
JACINTO NORIEGA-ULLOA, and
FRANCISCO CARRILLO-NORIEGA,

Defendants.

8:19CR286

FINAL ORDER OF FORFEITURE OF
CERTAIN PROPERETY

This matter is before the Court upon the United States of America's Motion for

Final Order of Forfeiture regarding Certain Property (Filing No. 103).  The Court reviews

the record in this case and, being duly advised in the premises, finds as follows:

1.    On November 30, 2020, the Court entered a Preliminary Order of Forfeiture (Filing

No. 86), forfeiting defendants' interests in:

(1)    the real property located at 4931 South 50th Street, Omaha,
Nebraska,68117,
(2) $21,100.00 U.S. currency seized from 4931 South 50th Street;
(3) a 2015 Jeep Compass, VIN: 1C4NJDBB6FD240373 registered to
Francisco Carrillo-Noriega;  and,
(4) a 2016 Toyota Tacoma LTD, VIN: 3TMGZ5AN7GM039333 registered
to Jacinto Noriega Ulloa.

2.    The United States sent written notice to all third parties asserting a legal interest

in the property, including Westlake Financial.  (Filing Nos. 87 and 88).  The Notice

included a copy of the Court's Preliminary Order of Forfeiture entered on

November 30, 2020.  The Court's Preliminary Order of Forfeiture instructed any

person with an interest in any of the above-listed property to file a Petition with the

Court.  (Filing No. 86).

3.    The United States published notice on an official internet government forfeiture

1

site, www.forfeiture.gov, for thirty days, beginning December 1, 2020. (Filing No. 102).

4. On January 6, 2021, Vainey Cristol Tapia Borjas filed a Petition (Filing No. 96) with the Court and asserted a claim for the property located on South 50th Street and the $21,000 U.S. currency.

5. The United States has advised the Court that no person or entity has filed a petition with the Court to assert a claim to the Toyota Tacoma or the Jeep Compass. From a review of the Court file, the Court finds no Petitions have been filed.

6. The Motion for Final Order of Forfeiture should be granted regarding the Toyota Tacoma and the Jeep Compass.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for Final Order of Forfeiture is hereby granted regarding the Toyota Tacoma and the Jeep Compass.

B. All right, title, and interest in and to the Toyota Tacoma and the Jeep Compass held by any person or entity, is hereby forever barred and foreclosed.

C. The Toyota Tacoma and the Jeep Compass are hereby forfeited to the United States of America.

D. The United States is directed to dispose of the Toyota Tacoma and the Jeep Compass in accordance with law.

ORDERED this 12th day of February, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge